IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION

| | | |
|---|---|---|
| AUTO-OWNERS INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 1:15-CV-00212 |
| | ) | |
| SOUTHEASTERN CAR WASH SYSTEMS, | ) | |
| MILLER ELECTRIC, INC., | ) | |
| THERESA EVANS, individually and | ) | |
| d/b/a ISLAND OASIS, | ) | |
| AND D'ALTON PROPERTIES, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW Plaintiff Auto-Owners Insurance Company, and Defendants Southeastern Car Wash Systems, Miller Electric, Inc., Theresa Evans, individually and d/b/a Island Oasis, and D'Alton Properties, LLC, by and through undersigned counsel, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and notify the Court that this action is hereby dismissed with prejudice. This dismissal covers all claims, counterclaims, and crossclaims made in this action. The parties will each bear their own discretionary costs and attorney's fees associated with this action. This dismissal is with prejudice, and the stipulation is signed by all parties who have appeared in this litigation.

1

Respectfully submitted this 17th day of January, 2017.

        WOOLF, McCLANE, BRIGHT,
         ALLEN & CARPENTER, PLLC

By:    *s/*Dean T. Howell
       Howard E. Jarvis, BPR No. 006673
       Dean T. Howell, BPR No. 022130
       Post Office Box 900
       Knoxville, Tennessee 37901-0900
       (865) 215-1000

       *Attorneys for Plaintiff Auto-Owners Insurance Company*


TRAMMELL, ADKINS & WARD, PC

By:    *s/*Hannah S. Lowe by permission DTH
       Hannah S. Lowe, BPR No. 029281
       Post Office Box 51450
       Knoxville, Tennessee 37950-1450
       (865) 3302577

       *Attorneys for Defendants Southeastern Car Wash Systems and Miller Electric, Inc.*


JONES & ASSOCIATES

By:    *s/*Kent T. Jones by permission DTH
       Kent T. Jones, BPR No. 202158
       1-B Paulmar Drive
       Chattanooga, Tennessee 37415
       (423) 424-6208

       *Attorneys for Defendants Theresa Evans, Individually and d/b/a Island Oasis and D'Alton Properties, LLC*

## CERTIFICATE OF SERVICE

   I hereby certify that on January 17, 2017, a copy of the foregoing Stipulation of Dismissal with Prejudice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

                s/ Dean T. Howell, Esq.

                 Dean T. Howell, Esq., BPR 022130

                WOOLF, McCLANE, BRIGHT,
                  ALLEN & CARPENTER, PLLC
                Post Office Box 900
                Knoxville, Tennessee 37901-0900
                (865) 215-1000

3

3724828.1
Case 1:15-cv-00212-CLC-CHS   Document 72   Filed 01/17/17   Page 3 of 3   PageID #: 1159